WAYNE S. STRICKLAND,
*Appellant,*

*v.*

Manfred (Fred) MAASS,
*Respondent.*

(88C-11641; CA A66064)

827 P2d 208

Cynthia M. Hogan, Deputy Public Defender, Salem, argued the cause and filed the brief for appellant.

Janet A. Metcalf, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Plaintiff seeks *habeas corpus* relief, contending that his attorney in a post-conviction relief proceeding was ineffective, because he failed to raise ineffective assistance of trial counsel as an issue. The *habeas* court correctly dismissed the writ for lack of jurisdiction, *McClure v. Maass*, 110 Or App 119, 821 P2d 1105 (1991), *rev den* 313 Or 74 (1992), and we affirm.

Affirmed.